UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

D-2, ERIC VINES,

      Defendant.

Case No: 13-20231
Hon. George C. Steeh

_____/

MARGARET M. SMITH (P 71413)
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 306-2131

LOREN M. DICKSTEIN (P 53508)
Attorney for Defendant, Eric Vines (D-2)
2000 Town Center, Suite 2350
Southfield, Michigan 48075
(248) 263-6800

_____/

## ORDER FOR A FORENSIC EVALUATION
## PURSUANT TO 18 USC SECT. 4241

At a session of said Court, held in the United States District Court in the Eastern District of Michigan, Southern Division, on: _July 25, 2013_

PRESENT: HON. GEORGE C. STEEH
United States District Court Judge

This matter having come on for hearing by way of Defendant's Motion Pursuant to 18 USC Sect. 4241 Seeking a Forensic Evaluation as to Competency, arguments having been heard in Open Court, and the Court being otherwise fully advised in the premises;

1

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion Pursuant to 18 USC Sect. 4241 Seeking a Forensic Evaluation as to Competency be, and hereby is, GRANTED.

GEORGE C. STEEH
United States District Court Judge

Dated: 7-25-13